IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNIE WILKES and THERESA WILKES,<br><br>　　　　　　　Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>　　　　　　　Defendants/Counter-Plaintiff. | Civil Action No. 3:09-0146<br><br>US District Judge: Wiseman<br><br>Magistrate Judge Knowles<br><br>Jury Demand |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW Plaintiffs/Counter-Defendants, Donnie Wilkes and Theresa Wilkes, by and through their attorney, Mart. G Fendley, and would move the Court for a 14 day extension of time to file a response to Defendant's Motion for Summary Judgment. In support of the same the Plaintiff's would respectfully show the Court the following:

1. Defendant's filed their Motion for Summary Judgment and Memorandum in support on November 23, 2009.

2. Plaintiff's counsel has had a difficult time staying in touch with his clients.

3. Due to the extremely complex nature of the Defendant's Motion for Summary Judgment and the undersigned's busy schedule, the undersigned needs more time to respond.

Wherefore, above premised considered, Plaintiffs would request an extension of 14 days to response to Defendant's Motion for Summary Judgment.

Respectfully submitted,

**LAW OFFICE OF MART G. FENDLEY**

BY:/s/ Mart G. Fendley
Mart G. Fendley BPR 007008
Attorney for Plaintiffs
128 Public Square
Clarksville, TN 37040
931-245-4357

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed on this the **15th** day of December, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following, who may access this filing through the Court's electronic filing system:

Michelle E. Cooper
5042 Thoroughbred Lane, Suite A
Brentwood, TN 37027

/s/ Mart G. Fendley
Mart G. Fendley