IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONNIE WILKES and THERESA WILKES, | ) | |
| | ) | |
| Plaintiffs/Counter-Defendants, | ) | Case No. 3:09-0146 |
| | ) | |
| V. | ) | US District Judge: Wiseman |
| | ) | |
| | ) | Magistrate Judge Knowles |
| AMERICAN NATIONAL PROPERTY AND | ) | |
| CASUALTY COMPANY, | ) | Jury Demand |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

_____

## MOTION TO DISMISS

Comes now Donnie and Theresa Wilkes by and through their attorney, Mart G. Fendley and American National Property and Casualty Company by and through their attorney, Michele E. Cooper announces that this case has been settled and hereby moves this Honorable Court to dismiss the above styled lawsuit.

WHEREFORE, the above premises considered the parties respectfully requests that this suit be dismissed.

Respectfully submitted by:

| | |
|---|---|
| /s/ Mart G. Fendley | /s/ Michele E. Cooper |
| Mart G. Fendley, BPR 7008 | Michele E. Cooper, BPR# 17312 |
| Attorney for the Plaintiff | MILLS & COOPER |
| 128 Public Square | 5042 Thoroughbred Lane Suite A |
| Clarksville, TN 37040 | Brentwood, TN 37027 |
| (931) 245-4357 | (615) 221-8218 |

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served to the following individuals on the 30th day of December, 2009.

Michele E. Cooper
MILLS & COOPER
5042 Thoroughbred Lane Suite A
Brentwood, TN 37027

                                        /s/ Mart G. Fendley
                                        Mart G. Fendley