IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DONNIE WILKES and THERESA WILKES, | ) | |
| | ) | |
| Plaintiffs/Counter-Defendants, | ) | Case No. 3:09-0146 |
| | ) | |
| V. | ) | US District Judge: Wiseman |
| | ) | |
| | ) | Magistrate Judge Knowles |
| AMERICAN NATIONAL PROPERTY AND | ) | |
| CASUALTY COMPANY, | ) | Jury Demand |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

## PROPOSED ORDER OF MUTUAL DISMISSAL

Whereupon it did appear to the Court as evidenced by signature of counsel for the parties hereto that this cause has been compromised and that this suit shall be dismissed.

It is therefore, **ORDERED, ADJUDGED and DECREED** that all claims of Plaintiff in this action against American National Property and Casualty Company are hereby dismissed with prejudice. All claims and /or counter claims of Defendant, American National Property and Casualty Company against the Plaintiff, Theresa Wilkes and Donnie Wilkes are hereby dismissed with prejudice any remaining Court costs are taxed to the Plaintiffs. Each Party shall bear their own discretionary costs.

ENTERED this _____ day of _____, 2009.

_____
Honorable Thomas A. Wiseman Jr.

Approved by:

| | |
|---|---|
| /s/ Mart G. Fendley | /s/ Michele E. Cooper |
| Mart G. Fendley, BPR 7008 | Michele E. Cooper, BPR# 17312 |
| Attorney for the Plaintiff | MILLS & COOPER |
| 128 Public Square | 5042 Thoroughbred Lane Suite A |
| Clarksville, TN 37040 | Brentwood, TN 37027 |
| (931) 245-4357 | (615) 221-8218 |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was served to the following individuals on the 30th day of December, 2009.

Michele E. Cooper
MILLS & COOPER
5042 Thoroughbred Lane Suite A
Brentwood, TN 37027

             /s/ Michele E. Cooper
             Mart G. Fendley